IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK CASHMAN,

        Plaintiff,

    v.

UNITED STATES GENERAL SERVICES
ADMINISTRATION,

        Defendant.

Case No. 3:22-cv-01359-AR

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Jeff Armistead issued a Findings and Recommendation on September 9, 2025, in which he recommends that this Court dismiss Plaintiff's operative complaint for failure to show Article III standing. F&R, ECF No. 41. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 43. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that

1 – ORDER

portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and adopts Judge Armistead's F&R with one modification. Judge Armistead noted that "the real-property-disposal regulations relied on by Cashman provide that pre-decisional appraisals are kept confidential." F&R 10 (citing 41 C.F.R. § 102–75.320). While the parties were filing their briefing with respect to Judge Armistead's F&R, an intervening change in law occurred. The regulation which Judge Armistead cites was repealed by rule on December 16, 2025. *See* Federal Management Regulation; Aligning the Federal Management Regulation (FMR) With the Administration's Deregulatory Priorities, 90 Fed. Reg. 58,480 (Dec. 16, 2025). Because Judge Armistead finds that Plaintiff fails to allege an injury-in-fact on other grounds, the Court does not find that this intervening change in law affects Judge Armistead's conclusion.

The Court has also reviewed all other pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS IN PART Magistrate Judge Armistead's Findings and Recommendation [41]. Therefore, Defendant's Motion to Strike and Dismiss [35] is GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

DATED this  16th  day of March, 2026.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER